**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6484**

GARY WALL,

        Plaintiff - Appellant,

     v.

N. STEVENS, Correctional Officer of ROSP; A. VAUGHAN, Correctional Officer of ROSP; LT. C. GILBERT, Charlie Building Supervisor; SGT. J. HALL, Charlie Building Supervisor; L. MCCOWAN, Correctional Officer of ROSP; A. O'QUINN,

        Defendants – Appellees,

     and

S. SHORTRIDGE, Operations Manager/"Active" PREA Manager of ROSP; BARKSDALE, Warden of ROSP,

        Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (7:16-cv-00373-JLK-PMS)

Submitted: August 20, 2019                Decided: August 23, 2019

Before FLOYD and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary Wall, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Wall appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wall v. Stevens*, No. 7:16-cv-00373-JLK-PMS (W.D. Va. Mar. 26, 2019 & Apr. 11, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*